STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KELLEY PATRICK REED,
*Defendant-Appellant.*

Union County Circuit Court
F10857; A127684

162 P3d 379

George W. Kelly argued the cause and filed the brief for appellant.

Katherine H. Waldo, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions for attempted first-degree rape, ORS 163.375, first-degree sodomy, ORS 163.405, and first-degree sexual abuse, ORS 163.427. On appeal, he raises numerous challenges to his convictions, which we reject without discussion. Defendant further contends that the trial court erred in imposing a compensatory fine of $20,000 to pay for future psychological treatment for the victim. Defendant asserts that no evidence was presented to support such a fine. The state concedes that, under *State v. Donahue*, 165 Or App 143, 995 P2d 1202 (2000), such fines cannot be imposed in the absence of evidence that the victim has actually suffered a pecuniary loss and that there was no such evidence here. We find the state's concession to be well founded and, consequently, accept it.

Compensatory fine vacated; remanded for resentencing; otherwise affirmed.